KEISHMA SMALLWOOD et al., Appellants, v MATTHEW M. LUPOLI et al., Respondents. (And a Third-Party Action.)

Submitted February 10, 2014; decided May 13, 2014

Motion, insofar as it seeks leave to appeal against defendants Matthew M. Lupoli, Albert Basal, Fred Basal, Tony Zadeh, Plaza Homes, LLC, Universal Development, LLC, and George J. Brucker, dismissed upon the ground that as to those defendants the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.